```
McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. GAAB
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone:  (559) 498-7316

Attorneys for Defendant
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAFAEL CACHO, | ) | 1:03-cv-6745 DLB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO EXTEND TIME |
| v. | ) | |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social | ) | |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    The parties, through their respective counsel, stipulate that the time for filing defendant's response to plaintiff's EAJA petition be extended from June 27, 2005 to September 13, 2005.

    This is defendant's first request for an extension of time to file a response to plaintiff's EAJA petition.

    On August 16, 2005, it was brought to defendant's attention that a response to plaintiff's EAJA petition was past due.  After further review, defendant discovered that the Court's docket did not include Kimberly A. Gaab, Assistant U.S. Attorney, as counsel of record for defendant although Kimberly A. Gaab did make an

1  appearance on December 8, 2004, when defendant lodged a request
2  for an extension of time which the Court granted on December 14,
3  2004.  After a call to the Clerks regarding this matter, Kimberly
4  A. Gaab, Assistant U.S. Attorney, was added as counsel of record
5  to the Court's Docket and defendant was able to print out a copy
6  of plaintiff's EAJA petition on August 17, 2005.  Based on the
7  above, defendant needs addition time to enter into settlement
8  negotiations and prepare a response in this matter.

                                        Respectfully submitted,

Dated: August 19, 2005         /s/ Ann M. Cerney
                                (As authorized via facsimile)
                               ANN M. CERNEY
                               Attorney for Plaintiff


Dated: August 19, 2005         McGREGOR W. SCOTT
                               United States Attorney


                               /s/ Kimberly A. Gaab
                               KIMBERLY A. GAAB
                               Assistant U.S. Attorney



     IT IS SO ORDERED.

     Dated:   August 23, 2005          /s/ Dennis L. Beck
3c0hj8                            UNITED STATES MAGISTRATE JUDGE