```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KIMBERLY A. GAAB
    Assistant U.S. Attorney
 3  3654 Federal Building
    1130 "O" Street
 4  Fresno, California 93721
    Telephone:  (559) 498-7316
 5
    Attorneys for Defendant
 6
 7
              IN THE UNITED STATES DISTRICT COURT FOR THE
 8
                    EASTERN DISTRICT OF CALIFORNIA
 9
10  RAFAEL CACHO,                )   1:03-cv-6745 DLB
                                 )
11              Plaintiff,        )   STIPULATION AND ORDER
                                 )   TO EXTEND TIME
12              v.               )
                                 )
13  JO ANNE B. BARNHART,         )
    Commissioner of Social       )
14  Security,                    )
                                 )
15              Defendant.       )
    _____)
16
17      The parties, through their respective counsel, stipulate
18  that the time for filing defendant's response to plaintiff's EAJA
19  petition be extended from September 13, 2005 to October 14, 2005.
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
```

This is defendant's second request for an extension of time to file a response to plaintiff's EAJA petition. The Social Security Regional Counsel is out of the country for two weeks, and after his return, he will have a week of training. Therefore, defendant needs additional time to work out a possible settlement of EAJA fees and/or prepare a response in this matter.

Respectfully submitted,

Dated: September 12, 2005   /s/ Ann M. Cerney
(As authorized via facsimile)
ANN M. CERNEY
Attorney for Plaintiff

Dated: September 13, 2005   McGREGOR W. SCOTT
United States Attorney

/s/ Kimberly A. Gaab
KIMBERLY A. GAAB
Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   September 15, 2005**          **/s/ Dennis L. Beck**
3c0hj8                                    UNITED STATES MAGISTRATE JUDGE