McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. GAAB
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7316

Attorneys for Defendant


IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAFAEL CACHO, | ) | 1:03-cv-6745 DLB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | AWARDING EAJA ATTORNEY FEES |
| v. | ) | |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social | ) | |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

        IT IS HEREBY STIPULATED by the parties through their

undersigned counsel, subject to the approval of the Court, that

counsel for plaintiff be awarded attorney fees under the Equal

Access to Justice Act ("EAJA")in the amount of FIVE THOUSAND FOUR

HUNDRED  AND NO CENTS ($5,400.00), which includes costs.  This

amount represents compensation for legal services rendered on

behalf of plaintiff by plaintiff's attorney in connection with

this civil action for services performed before the district court

in accordance with 28 U.S.C. § 2412(d).

        This stipulation constitutes a compromise settlement of

plaintiff's request for EAJA attorney fees and does not constitute

an admission of liability on the part of defendant under the EAJA.

1

Payment in the aforementioned sum under EAJA shall constitute a complete release from and bar to any and all claims, rights, causes of action, liens or subrogated interests relating to attorneys fees incurred in this action under EAJA.

The settlement of plaintiff's claim for EAJA attorney fees does not preclude plaintiff's counsel from seeking attorney fees under 42 U.S.C. § 406 of the Social Security Act, subject to the offset provisions of the law.

                                        Respectfully submitted,


                                        /s/ Ann M. Cerney
Dated: October 15, 2005                 (As authorized via facsimile)
                                        ANN M. CERNEY
                                        Attorney for Plaintiff


Dated: October 19, 2005                 McGREGOR W. SCOTT
                                        United States Attorney


                                        /s/ Kimberly A. Gaab
                                        KIMBERLY A. GAAB
                                        Assistant U.S. Attorney

        IT IS SO ORDERED.

        **Dated:    October 21, 2005**          **_____/s/ Dennis L. Beck_____**
3c0hj8                                  UNITED STATES MAGISTRATE JUDGE